IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSCAR VARGAS, | ) | |
| Petitioner, | ) | Civil Action No. 14-161 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Susan Paradise Baxter |
| JOHN WETZEL, *et. al.*, | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 24, 2016, the Magistrate Judge issued a Report (Doc. 16) recommending that the petition for a writ of habeas corpus, and the certificate of appealability, be denied. Service of the Report and Recommendation was made, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Petition of Oscar Vargas for a writ of habeas corpus (**Doc. 1**) is **DISMISSED** and a certificate of appealability is **DENIED**. The Report and Recommendation of the Magistrate Judge, dated February 24, 2016, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


March 17, 2016                                         s\Cathy Bissoon
                                                       Cathy Bissoon
                                                       United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

**OSCAR VARGAS**
HS-3136
SCI FOREST
PO BOX 945
MARIENVILLE, PA 16239